JAMES V. P. OGLESBY, Respondent, *v.* MASSACHUSETTS ACCIDENT COMPANY, Appellant. (Actions Nos. 1 and 2.)

(Argued November 18, 1929; decided November 26, 1929.)

*William A. Wight* for motion.

*R. A. Mansfield Hobbs* opposed.

Motion to dismiss appeals denied. Leave to withdraw appeals granted on payment of costs.